IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES D. JURBALA,
 Plaintiff

v.

WARDEN RONNIE HOLT, ET AL.,
 Defendants

: CIVIL NO. 3:12-CV-1092
:
: (JUDGE NEALON)
: (MAGISTRATE JUDGE CARLSON)

## ORDER

NOW, THIS 30th DAY OF JANUARY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 6), is **ADOPTED**;

2. The FTCA claims in the complaint, (Doc. 1), are **DISMISSED with prejudice** as to the individual Defendants;

3. Plaintiff **SHALL** file an amended complaint within twenty (20) days of the date of this Order naming any additional Defendants and claims;

4. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 3), is **GRANTED**;

5. This matter is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

6. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

FILED SCRANTON
JAN 30 2013
PER _____
DEPUTY CLERK

_/s/ William Nealon_
United States District Judge