IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES D. JURBALA, :
    Plaintiff :
     : CIVIL NO. 3:12-CV-1092
v. :
     : (JUDGE NEALON)
WARDEN HOLT, ET AL., : (MAGISTRATE JUDGE CARLSON)
    Defendants :

## ORDER

**NOW**, THIS 27th DAY OF FEBRUARY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The United States is **SUBSTITUTED** as the sole Defendant in this action;

2. The only remaining claim is Plaintiff's FTCA claim against the United States;

3. Plaintiff's request for specific sums of unliquidated damages is **STRICKEN**;

4. The Clerk of Court is directed to **SERVE** the original complaint, (Doc. 1), a copy of this Order, and a copy of the Memorandum and Order dated January 30, 2013, (Docs. 10-11), on the United States in accordance with Rule 4 of the Federal Rules of Civil Procedure;

5. Defendant is requested to waive service pursuant to Rule 4(d)[1]; and

6. This matter is **REMANDED** to Magistrate Judge Carlson for further proceedings.

                                                                                                   **United States District Judge**

---

[1] The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant.