**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FILED
SCRANTON

JUN 2 6 2014

PER _____
DEPUTY CLERK

CHARLES D. JURBALA,     :
      Plaintiff      :
          :     CIVIL NO. 3:12-CV-1092
    v.      :
          :     (JUDGE NEALON)
UNITED STATES OF AMERICA,   :     (MAGISTRATE JUDGE CARLSON)
      Defendant     :

## <u>ORDER</u>

**NOW**, THIS 26th DAY OF JUNE, 2014, for the reasons set forth in the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.      The Report and Recommendation, (Doc. 30), is **ADOPTED**;

2.      Defendant's motion to dismiss, (Doc. 25), is **GRANTED**;

3.      The complaint, (Doc. 1), is **DISMISSED without prejudice**;

4.      The Clerk of Court is directed to open a new civil action and to file Document 32 as the complaint therein;

5.      The Clerk of Court is directed to **CLOSE** this case; and

6.      Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

_____
**United States District Judge**